Fredy Orlando VENTURA, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 00–70328.

United States Court of Appeals, Ninth Circuit.

Jan. 17, 2003.

Before: SCHROEDER, Chief Judge, LAY,* and THOMPSON, Circuit Judge.

## ORDER

Petitioner Ventura's motion to recall the mandate is granted. The mandate which issued on February 12, 2002 is recalled.

This case is consolidated with case No. 99–71004, *Ventura v. INS.*

This case is submitted for decision.

sitting by designation.